ACCEPTED
03-15-00350-CV
7780973
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/11/2015 3:17:46 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00350-CV

In The Court of Appeals
For the Third District Court of Appeals
Austin, Texas

## GERALD R. HADDOX and SHARON HADDOX
*Appellant,*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

v.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION
*Appellees.*

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. C-1-CV-14-005024

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE THIRD COURT OF APPEALS:

COME NOW Appellants Gerald Haddox and Sharon Haddox and file this Unopposed Motion for Extension of Time and would respectfully show the court as follows:

1. The deadline for Appellants to file their brief is currently scheduled for November 19, 2015.

2. Counsel for Appellants is scheduled to be in jury trial in Travis County

District Court beginning November 16 and continuing from day to day.

3.  Appellants would request an extension of 14 days, or until December 3, 2015, to file the Appellants' Brief.

4.  This is Appellants' first request for extension of time.

5.  This request is unopposed.

6.  Texas Rule of Appellate Procedure 38.6(d) allows the court to extend the time for filing a brief upon review of a motion that complies with Rule 10.5(b).

**PRAYER**

Wherefore, premises considered, Appellants' respectfully pray that this court, upon reviewing this motion, grant Appellants an extension of 14 days until December 3, 2015 to file the Appellants' Brief in this matter.

RESPECTFULLY SUBMITTED,

*/s/ Karla Huertas*
WILLIAM B. GAMMON, SBN: 07611280
KARLA HUERTAS, SBN: 24087765
**GAMMON LAW OFFICE, PLLC.**
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
Firm@GammonLawOffice.com
COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

In accordance with TRAP 10.1(a)(5) I hereby certify that I conferred with counsel for Appellee on November 11, 2015 who indicated they are unopposed to the filing of this motion.

*/s/ Karla Huertas*
KARLA HUERTAS, SBN: 24087765

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via this court's ECF system on this 11th day of November, 2015 to counsel of record for Appellee.

Sarah S. Robbins, SBN: 24074966
Hughes, Watters & Askanase, LLP
333 Clay, 29th Floor
Houston, Texas 77002
Telephone: 713.759.0818
Facsimile: 713.759.6834
ssr@hwallp.com

*/s/ Karla Huertas*
KARLA HUERTAS, SBN: 24087765